Petition for Writ of Mandamus Denied and Memorandum Opinion filed
February 23, 2007








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed February 23, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00095-CV

____________

 

IN RE FRANCES COMPIAN SPEARY, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On
February 6, 2007, relator Frances Compian Speary filed a
petition for writ of mandamus in this court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004).  Relator also
filed a motion for temporary relief.  See Tex. R. App. P. 52.10.  In the petition, relator asked this
court to compel the Honorable James Blackstock, presiding judge of County Court
at Law Number 3 of Brazoria County, to set aside a November 20, 2006 Order
granting an application to remove the remains of Francisco M. Compian.

Relator
has not established that she is entitled to mandamus relief.  Accordingly, we
deny relator=s petition for writ of mandamus and her motion for temporary relief. 

PER CURIAM

 

Petition Denied and Memorandum
Opinion filed February 23, 2007.

Panel consists of Justices Frost,
Seymore, and Guzman.